UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDWARD THOMAS JAMES,

     Petitioner,

v.                                                                CASE NO. 6:18-mc-36-Orl-40TBS

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

     Respondents.
_____/

### ORDER

This cause comes before the Court on the motions of Petitioner, a prisoner sentenced to death in the State of Florida. Petitioner seeks the appointment of counsel and to proceed *in forma pauperis* (Doc. Nos. 1 and 2). Because it appears that Petitioner may be attempting to initiate a habeas action, it is **ORDERED** that the Clerk of Court is directed to **OPEN** a new habeas death case and file the two motions in the new case. The Clerk of Court shall terminate the pending motions in this case and close the case.

It is further **ORDERED** that Respondents shall, within **FOURTEEN (14) DAYS** from the date of this Order, file a response to Petitioner's motion for appointment of counsel indicating whether they object to the relief sought. The Clerk of Court is directed to **SEND** a copy of this Order to the Office of the Attorney General, 333 Seabreeze Blvd, Daytona Beach, Florida 32118.

**DONE AND ORDERED** in Orlando, Florida this 25th day of June, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-3 6/25
Counsel of Record