# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**EDWARD THOMAS JAMES,**
      **Petitioner,**

v.                                  CASE NO. 6:18-cv-00993-PGB-KRS

**SECRETARY, DEPARTMENT OF CORRECTIONS, ET AL.,**
      **Respondents.**
_____/

## NOTICE OF APPEARANCE

The undersigned Assistant Attorney General hereby enters a notice of appearance for the Respondents in above-referenced case.

                                     Respectfully submitted,

                                     ATTORNEY GENERAL
                                     PAMELA JO BONDI

                                     <u>DORIS MEACHAM</u>
                                     DORIS MEACHAM
                                     ASSISTANT ATTORNEY GENERAL
                                     Florida Bar # 63265
                                     444 Seabreeze Blvd., 5th Floor
                                     Daytona Beach, FL 32118
                                     (386) 238-4990
                                     FAX-(386) 226-0457
                                     capapp@myfloridalegal.com [and]
                                     doris.meacham@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 26, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to the following: Billy H. Nolas, Assistant Federal Public Defender, billy_nolas@fd.org, Federal Public Defender's Office, 227 N. Bronough Street, Tallahassee, FL  32301, the attorney for the Petitioner.

Respectfully submitted,

ATTORNEY GENERAL
PAMELA JO BONDI

DORIS MEACHAM
DORIS MEACHAM
Assistant Attorney General
Florida Bar # 63265
444 Seabreeze Blvd., 5th Floor
Daytona Beach, FL 32118
(386) 238-4990
FAX-(386) 226-0457
capapp@myfloridalegal.com [and]
doris.meacham@myfloridalegal.com
